﻿Citation Nr: AXXXXXXXX
Decision Date: 05/14/19 Archive Date: 05/14/19

DOCKET NO. 180820-141
DATE: May 14, 2019

REMANDED

Entitlement to service connection for a heart attack due to an undiagnosed illness is remanded.

REASONS FOR REMAND

The Veteran served on active duty from November 1988 to September 1991, with service in southwest Asia.

This matter comes before the Board of Veterans’ Appeals (Board) on appeal from an April 2018 rating decision by the Department of Veterans Affairs (VA). 

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA’s decision on their claim to seek review. The Veteran chose to participate in VA’s test program RAMP, the Rapid Appeals Modernization Program. This remand has been written consistent with the new AMA framework.

Evidence, such as statements from the Veteran, was added to the claim file during a period of time when new evidence was not allowed. Therefore, the Board may not consider this evidence. The Veteran may submit this evidence, along with a Supplemental Claim. If the new evidence is relevant, VA will issue another decision on the claim, considering the new evidence in addition to the evidence previously considered. Specific instructions for filing a Supplemental Claim are included with this remand.

Lastly, the Veteran filed a motion to advance his case on the docket due to financial hardship. In support of his motion he attached a copy of his gas bill showing a significant debt. See October 2017 correspondence. At this time, the Board does not find the evidence sufficient to find that the Veteran has financial hardship because a more complete picture of his finances was not provided, such as his monthly income. As a result, the Veteran’s motion is denied. He is welcome to re-file his motion with additional evidence at any time.

Entitlement to service connection for residuals of a heart attack due to an undiagnosed illness is remanded.

VA last received private medical records from the Cleveland Clinic in October 2015. Since that time, evidence was added to the file indicating that the Veteran continued to receive treatment at the Cleveland Clinic and that he did not have a diagnosed heart disability. See, e.g., July 2016 VA treatment records. It does not appear that the Agency of Original Jurisdiction (AOJ) requested updated records from the Veteran. As a result, remand is required. 

CONTINUED ON NEXT PAGE

The matter is REMANDED for the following action:

The AOJ should obtain, if possible, records of all private evaluations and treatment the Veteran has received for his heart, to include from the Cleveland Clinic. The Veteran must assist in the matter by identifying his private healthcare providers and by submitting releases for VA to obtain any private records identified.

 

E. I. VELEZ

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD J. Sandler, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.